UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: 3-06-70641 EDL |
| Plaintiff, ) | |
| v. ) | ORDER DOCUMENTING WAIVER AND EXCLUSION OF TIME |
| STEVEN NAVARRO, ) | |
| Defendant. ) | |

With the agreement of the parties in open court on October 23, 2006, and with the consent of the defendant, the Court enters this order setting a new preliminary hearing date on November 15, 2006, at 9:30 a.m. before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the Speedy Trial Act from October 23, 2006, to November 15, 2006.   The parties agree, and the Court finds and holds, as follows:

1. Navarro has been released on bond in this case, which has been charged by complaint. Counsel for the United States will provide discovery to defense counsel, who will review the evidence to determine whether a pre-charge disposition is appropriate.  Only after evaluating the evidence will counsel be in a position to evaluate any disposition.  He also believes it is his best interest to negotiate the case pre-indictment, and he cannot do that without evaluating the evidence.

ORDER (3-06-70641 EDL)

1    2. Taking into the account the public interest in the prompt disposition of criminal cases, the
2  parties agree, and the Court holds, that these grounds are good cause for extending the time limits
3  for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-
4  day time period for indictment and excluding time under the Speedy Trial Act.  Failure to grant
5  the continuance would deny defense counsel the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
7  The Court also finds that the ends of justice served by excluding the period from October 23,
8  2006 to November 15, 2006 outweigh the best interest of the public and the defendant in a
9  speedy trial.  Id. § 3161(h)(A).
10    3. Accordingly, and with the consent of the defendant, the Court (1) vacates the October 23,
11 2006, preliminary hearing date and sets a preliminary hearing date before the duty magistrate
12 judge on November 15, 2006 at 9:30 a.m., and (2) orders that the period from October 23, 2006
13 to November 15, 2006 be excluded from the time period for preliminary hearings under Federal
14 Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. §
15 3161(h)(8)(A) & (B)(iv).
16 STIPULATED:
17 DATED: October 24, 2006            /s
                                    MARC J. ZILVERSMIT
18                                  Attorney for Steven Navarro

19 DATED: October 24, 2006            /s
                                    LAUREL BEELER
20                                  Assistant United States Attorney

21 IT IS SO ORDERED.

22 DATED:  October 25, 2006

23                                  ELIZABETH D. LAPORTE
                                    United States Magistrate Judge



ORDER (3-06-70641 EDL)                    2