MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Defendant
EDUARDO SANDOVAL-MENDOZA

FILED

JAN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-03-06-70641-MAG |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **[Proposed] ORDER** |
| ) | **MODIFYING CONDITIONS OF** |
| STEVEN NAVARRO, ) | **PRETRIAL RELEASE** |
| Defendant. ) | |

The Plaintiff, United States of American, through its counsel of record Assistant United States Attorney Thomas P. Mazzucco, and defendant Steven Navarro, through counsel of record Marc J. Zilversmit, hereby request and stipulate that this Court release Steven Navarro from his obligation to be supervised by Pretrial Services pending completion of this case.

Mr. Navarro has been on Pretrial Services supervision for approximately 14 months in this matter. Pretrial Supervision Officer Hence Williams reports that Mr. Navarro has abided by all of his conditions of release, and has done everything he has been asked to do. He has reported to Pretrial Services as required; he has consistently provided Pretrial Services requested documentation regarding his employment and employment training; and he has continued to test negative for drugs as required. Mr. Williams has stated his support for removing the condition of release, that Mr. Navarro be supervised by Pretrial Services.

Stipulation and [Proposed] Order                 1

IT IS SO STIPULATED:

DATED: January 14, 2008

/s/
MARC J. ZILVERSMIT,
Attorney for Defendant,
STEVEN NAVARRO

DATED: January 14, 2008

/s/
THOMAS P. MAZZUCCO
Assistant United States Attorney

IT IS SO ORDERED:

DATED: January 18 2008

UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order        2